196 So. 897

**Eunice E. MABREY v. Nannie MABREY.**

**8 Div. 3.**

Supreme Court of Alabama.

May 16, 1940.

O. D. Street, of Guntersville, for appellant.

M. F. Lusk, of Guntersville, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

■

199 So. 904

**Stella McCURDY v. J. H. COUNTRYMAN, Adm'r.**

**6 Div. 616.**

Supreme Court of Alabama.

Nov. 28, 1940.

PER CURIAM.

Appeal dismissed, want of prosecution.

■

196 So. 897

**Pelham MERRILL, as Chairman, etc., v. W. B. JOHNSON.**

**7 Div. 630.**

Supreme Court of Alabama.

June 21, 1940.

Merrill & Merrill, of Anniston, for appellant.

R. E. Jones, of Anniston, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

■

198 So. 871

**J. P. MUDD v. BIRMINGHAM TRUST & SAVINGS CO.**

**6 Div. 692.**

Supreme Court of Alabama.

Oct. 7, 1940.

J. P. Mudd and Chas. W. Greer, both of Birmingham, for appellant.

Lange, Simpson & Brantley, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

■

198 So. 871

**Helen Ruth NORMAN v. Chambless W. NORMAN.**

**6 Div. 708.**

Supreme Court of Alabama.

Oct. 15, 1940.

Morel Montgomery, of Birmingham, for appellant.

PER CURIAM.

Appeal dismissed on motion of appellant.